```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2021
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL LENOROWITZ, <br><br> Plaintiff, <br><br> -v- <br><br> MOSQUITO SQUAD FRANCHISING, LLC <br><br> Defendant. | Civil Case Number: 7:19-cv-04460-NSR <br><br> **ORDER** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' January 22, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **7:19-cv-04460-NSR**, are dismissed without prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 28th day of January, 2021.**

_____
HONORABLE NELSON STEPHEN ROMAN
UNITED STATES DISTRICT JUDGE